# Order

Michigan Supreme Court
Lansing, Michigan

May 2, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151818

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

STANLEY LEVELLE WHITE,
      Defendant-Appellant.

SC: 151818
COA: 326068
Berrien CC: 2011-003034-FC

_____/

      On order of the Court, the application for leave to appeal the May 20, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2016



Clerk

d0418a